3

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### ORDER

United States District Court
Southern District of Texas
ENTERED

SEP 26 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk _O.H. Alape_

| | | |
|---|---|---|
| RAFAEL MARTINEZ | § § | |
| VS. | § | CIVIL ACTION NO. B-01-155 |
| STATE OF TEXAS, ET AL. | § § | |

TYPE OF CASE:        __X__ CIVIL                            ____ CRIMINAL

**TAKE NOTICE that the proceeding in this case has been continued as indicated below:**

TYPE OF PROCEEDING:

**INITIAL PRETRIAL CONFERENCE**

| PLACE: | ROOM NO.: |
|---|---|
| **UNITED STATES FEDERAL COURTHOUSE**<br>**600 E. HARRISON STREET**<br>**BROWNSVILLE, TEXAS** | **SECOND FLOOR COURTROOM, #2** |
| DATE AND TIME PREVIOUSLY SCHEDULED: | CONTINUED TO DATE AND TIME: |
| **DECEMBER 6, 2001 AT 1:30 P.M.** | **FEBRUARY 20, 2002 AT 2:00 P.M.** |

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   SEPTEMBER 25, 2001

TO:     MR. JASON R. MANN
        MS. LINDA M. KEARNEY