IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| RAFAEL MARTINEZ § § | |
| V. § § | CIVIL ACTION NO. B-01-155 |
| STATE OF TEXAS, DAVID FORREST, § and WACKENHUT CORRECTIONS § CORPORATION § | |

### RAFAEL MARTINEZ'S DISCLOSURE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

RAFAEL MARTINEZ, Plaintiff, (hereinafter referred to as "MARTINEZ") makes and files this its Disclosure of Interested Parties in this litigation and in support of same respectfully shows the Court as follows:

INTERESTED PARTIES

1. Plaintiff, Rafael Martinez
   by and through his attorney of record
   Jason R. Mann
   J. Edward Mann, Jr. & Associates
   P.O. Box 231
   Harlingen, Texas 78550

2. Defendant, <u>Wackenhut Corrections Corporation, Inc.</u>
   by and through its attorney of record
   Linda M. Kearney
   Porter, Rogers, Dahlman & Gordon
   One Shoreline Plaza
   800 No. Shoreline, Suite 800
   Corpus Christi, Texas 78401-3708

3. Defendant, David Forrest
   by and through his attorney of record
   Linda M. Kearney
   Porter, Rogers, Dahlman & Gordon

       One Shoreline Plaza
       800 No. Shoreline, Suite 800
       Corpus Christi, Texas 78401-3708

4.    State of Texas
     Texas Department of Criminal Justice
     By and through its attorneys of record

     John Cornyn
     Attorney General of Texas

     Howard G. Baldwin, Jr.
     First Assistant Attorney General

     Michael T. McCaul
     Deputy Attorney General for Criminal Justice

     Phillip E. Marrus
     Assistant Attorney General
     Chief, Law Enforcement Defense Division

     Carlos D. Lopez
     Assistant Attorney General
     Attorney-in-Charge
     P.O. Box 12548, Capitol Station
     Austin, Texas 78711

Respectfully submitted,

J. EDWARD MANN, JR. & ASSOCIATES

_/s/ Jason R. Mann_

Jason R. Mann
State Bar No. 24004793
Federal Bar No. 23543
222 E. Van Buren, Suite 701
P. O. Box 231
Harlingen, Texas 78551-0231
Telephone: 956/428-4114
Facsimile: 956/428-9494
Attorney for Rafael Martinez

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this _4th_ day of _October_, 2001, a true and correct copy of the above and foregoing Disclosure of Interested Parties was forwarded to all parties herein:

Defendant, Wackenhut Corrections Corporation
by and through its attorney of record
Linda M. Kearney
Porter, Rogers, Dahlman & Gordon
One Shoreline Plaza
800 No. Shoreline, Suite 800
Corpus Christi, Texas 78401-3708

Defendant, David Forrest
by and through his attorney of record
Linda M. Kearney
Porter, Rogers, Dahlman & Gordon
One Shoreline Plaza
800 No. Shoreline, Suite 800
Corpus Christi, Texas 78401-3708

State of Texas
Texas Department of Criminal Justice
By and through its attorneys of record
Carlos D. Lopez
Assistant Attorney General
Attorney-in-Charge
P.O. Box 12548, Capitol Station
Austin, Texas 78711

_/s/ Jason R. Mann_
Jason R. Mann

ClibPDF - www.fastio.com