5

COPY

**UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

ORIGINAL
United States District Court
Southern District of Texas
FILED

OCT 1 1 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| RAFAEL MARTINEZ | § § § § | |
| V. | § | CIVIL ACTION NO. B-01-155 |
| | § § | |
| STATE OF TEXAS, DAVID FORREST, and WACKENHUT CORRECTIONS CORPORATION | § § § | |

## DEFENDANTS DAVID FORREST AND WACKENHUT CORRECTIONS CORPORATION'S CERTIFICATE OF PARTIES WITH FINANCIAL INTEREST OF OUTCOME OF LITIGATION

Defendants, David Forrest and Wackenhut Corrections Corporation, file this their Notice of Parties with a Financial Interest in the Outcome of this Litigation and list the parties as follows:

Plaintiff:

1. Rafael Martinez
   c/o Jason R. Mann
   222 East Van Buren, Suite 701
   Harlingen, Texas 78551-0231

Defendant and/or related parties to Defendant:

1. Wackenhut Corrections Corporation
   Suite 100
   4200 Wackenhut drive
   Palm Beach Gardens, Florida 33410-4243

---

Certificate of Parties with Financial Interest of Outcome of Litigation                    Page 1

    2.    David Forrest
          Wackenhut Corrections Corporation
          Willacy County Unit
          1695 Buffalo Drive
          Raymondville, Texas 78580

The foregoing are the names of parties with financial interest in the case as of this date.

Respectfully Submitted,

By: *[signature]*

Linda M. Kearney, Attorney-In-Charge
Federal ID No. 18425
State Bar No. 00787811

**PORTER, ROGERS, DAHLMAN & GORDON, P.C.**
One Shoreline Plaza, Suite 800
P. O. Box 2968
Corpus Christi, Texas 78403-2968
Telephone: (361) 880-5835
Facsimile: (361) 880-5844

ATTORNEYS FOR DEFENDANTS DAVID
FORREST AND WACKENHUT CORRECTIONS
CORPORATION

## CERTIFICATE OF SERVICE

The undersigned certified that a copy of the foregoing instrument was served upon the attorneys of record of all parties to the above cause in accordance with the Federal Rules of Civil Procedure, on the __9th__ day of __October__, 2001.

Jason R. Mann  
222 East Van Buren, Suite 701  
Harlingen, Texas 78551-0231

**Certified Mail RRR**  
*No. 7000 1670 0001 1347 4186*

*Linda M. Kearney* (signature)  
Linda M. Kearney