

United States District Court
Southern District of Texas
FILED

FEB 20 2002

Michael N. Milby
Clerk of Court

# THE HONORABLE JOHN WM. BLACK

## TELEPHONIC INITIAL PRETRIAL CONFERENCE

CIVIL ACTION NO. <u>B-01-155</u>          DATE & TIME: <u>02-20-02 AT 2:00 P.M.</u>

<u>RAFAEL MARTINEZ</u>                     PLAINTIFF(S) <u>JASON R. MANN</u>
                                         COUNSEL

VS.

<u>STATE OF TEXAS</u>                      DEFENDANT(S) <u>CARLOS D. LOPEZ</u>
<u>ET AL.</u>                              COUNSEL       <u>LINDA M. KEARNEY</u>

------------------------------------------------------------------------

Attorneys Jason Mann, Carlos Lopez and Linda Kearney appeared telephonically.

Scheduling dates were selected.