9

United States District Court
Southern District of Texas
ENTERED

FEB 22 2002

Michael N. Milby, Clerk of
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RAFAEL MARTINEZ | § § | |
| VS. | § § | CIVIL ACTION NO. B-01-155 |
| STATE OF TEXAS, ET AL. | § | |

### ORDER

On this day came on to be considered the **telephonic initial pretrial conference** in the above-entitled and numbered case, accordingly:

IT IS HEREBY ORDERED THAT:

(1) Additional parties must be added no later than **April 1, 2002.**

(2) State will file their Motion to Jurisdiction by **May 6, 2002.**
Response must be filed no later than **June 3, 2002.**

(3) Plaintiff will make his expert disclosures by **November 10, 2002.**
Response will make their expert disclosures by **December 10, 2002.**

(4) Wackenhut Corrections Corporation will file their Motion for Summary Judgment by **November 18, 2002.**
Response must be filed no later than **December 16, 2002.**

(5) A joint pretrial order, which conforms to the requirements of Appendix B Local Rules for the United States District Court for the Southern District of Texas shall be filed no later than **January 23, 2003.**

**THE PRETRIAL ORDER SHALL SERVE AS THE TRIAL PLEADING. FAILURE TO FILE THE PRETRIAL ORDER WITHIN THE TIME PERIOD INDICATED, WILL RESULT IN SANCTIONS OR DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION, AS APPROPRIATE.**

(6) All discovery in this case must be completed by **December 15, 2002.**

(7) A final pretrial and settlement conference is set for **February 6, 2003 at 1:30 P.M.**

(8) Final Pretrial is set for **February 27, 2003 at 8:30 A.M.** before Judge Filemon B. Vela.
Jury selection is set for **February 28, 2003 at 8:30 A.M.** before Judge Filemon B. Vela.

(9)   Trial on the merits is set for **March 2003**, docket call.

DONE at Brownsville, Texas, on this 20th day of Feburary, 2002.

*[signature]*

John Wm. Black
United States Magistrate Judge