IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RAFAEL MARTINEZ, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 01-CV-155 |
| THE STATE OF TEXAS, | § | |
| DAVID FORREST, and | § | |
| WACKENHUT CORRECTIONS | § | |
| CORPORATION, | § | |
| Defendants. | § | |

## CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

All parties to this case waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

_____
CARLOS D. LOPEZ
(for Defendant, TDCJ-ID)

_____
LINDA M. KEARNEY
(for Defendants David Forrest and Wackenhut Corrections Corp.)

_____
JASON R. MANN
(for Plaintiff)

## ORDER TO TRANSFER

This case is transferred to U.S. Magistrate Judge _John W. Black_ to conduct all further proceedings, including final judgment.

_18 MAR 02_                                    _____
Date                                           United States District Judge