IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 0 1 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| RAFAEL MARTINEZ, | § | |
| Plaintiff, | § | |
| V. | § | |
| | § | |
| | § | CIVIL ACTION NO. 01-CV-155 |
| STATE OF TEXAS, | § | |
| DAVID FORREST, and | § | |
| WACKENHUT CORRECTIONS | § | |
| CORPORATION | § | |

## PLAINTIFF'S UNOPPOSED
## MOTION FOR LEAVE TO FILE AMENDED PLEADING

Plaintiff requests leave of court to file an amended pleading, Plaintiff's First Amended Complaint.

### A. INTRODUCTION

1. RAFAEL MARTINEZ is Plaintiff. DAVID FORREST and WACKENHUT CORRECTIONS CORPORATION.

2. Plaintiff sued Defendant for personal injuries and violations of Plaintiff's constitutional rights, and violations of 42 U.S.C. § 1983, suffered while he was incarcerated in Wackenhut Corrections Corporation's Willacy County facility due to the conduct of Defendants.

3. Defendants have filed an answer in this lawsuit.

### B. ARGUMENT

4. Unless the opposing party can show prejudice, bad faith, or undue delay, a court should grant leave to file an amended pleading. *Forman v. Davis,* 371 U.S. 178, 182, 83 S.Ct 227, 230 (1962); see Fed. R. Civ. P. 15(a).

5. The court should allow the filing of Plaintiff's amended pleading because Defendant, WACKENHUT CORRECTIONS CORPORATION has admitted, and Plaintiff has discovered, that JAMES PANKEY was the Correctional Officer directly involved in certain incidents giving rise to Plaintiff's claims, and because an officer GALVAN and an unknown officer (hereinafter called OFFICER GALVAN and JOHN DOE), conduct in the transportation of Plaintiff to the hospital giving rise to the Plaintiff's claims.

6. Defendants are unopposed to Plaintiff's amended pleading.

7. Plaintiff is filing his amended pleading contemporaneously with this motion.

## C. PRAYER

8. For the reasons stated above, Plaintiff asks the court to grant leave to file the amended pleading

Respectfully submitted,

J. EDWARD MANN, JR. & ASSOCIATES

Jason R. Mann
State Bar No. 24004793
Federal Bar No. 23543
222 E. Van Buren, Suite 701
P. O. Box 231
Harlingen, Texas 78551-0231
Telephone: 956/428-4114
Facsimile: 956/428-9494
Attorney for Plaintiff

### CERTIFICATE OF SERVICE

I certify that I sent a copy of Plaintiff's Motion for Leave to File Amended Pleading to each party's attorney listed below by Certified Mail Return Receipt Requested.

Linda M. Kearney
Porter, Rogers, Dahlman & Gordon
One Shoreline Plaza
800 N. Shoreline, Suite 800
Corpus Christi, TX 78401

Carlos D. Lopez
Assistant Attorney General
P.O. Box 12548, Capitol Station
Austin, TX 78711

Jason R. Mann

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RAFAEL MARTINEZ, | § | |
| Plaintiff, | § | |
| V. | § | |
| | § | |
| | § | CIVIL ACTION NO. 01-CV-155 |
| STATE OF TEXAS, | § | |
| DAVID FORREST, and | § | |
| WACKENHUT CORRECTIONS | § | |
| CORPORATION | § | |

**ORDER ON PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO AMEND**

On this day the court considered Plaintiff, RAFAEL MARTINEZ, motion for leave to amend. After considering the motion and the response, the court;

GRANTS the motion.

**SIGNED** this _____ day of _____,2002.

_____
UNITED STATES MAGISTRATE JUDGE