IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 15 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| RAFAEL MARTINEZ, | § | |
| Plaintiff, | § | |
| V. | § | |
| | § | |
| | § | CIVIL ACTION NO. 01-CV-155 |
| STATE OF TEXAS, | § | |
| DAVID FORREST, and | § | |
| WACKENHUT CORRECTIONS | § | |
| CORPORATION | § | |

### ORDER ON PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO AMEND

On this day the court considered Plaintiff, RAFAEL MARTINEZ, motion for leave to amend (DOCKET NO. 11). After considering the motion and the response, the court;

GRANTS the motion.

SIGNED this 14TH day of MAY, 2002.

_____
UNITED STATES MAGISTRATE JUDGE