IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 2 6 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| *RAFAEL MARTINEZ*, <br> Plaintiff, <br> <br> v. <br> <br> *THE STATE OF TEXAS*, <br> *DAVID FORREST, and* <br> *WACKENHUT CORRECTIONS* <br> *CORPORATION,* <br> Defendants. | § § § § § § § § § § § <br> <br> Civil Action No. 01-CV-155 |

**DEFENDANT THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE'S
UNOPPOSED MOTION FOR LEAVE TO FILE OUT OF TIME**

TO THE HONORABLE JUDGE BLACK:

COMES NOW Defendant The Texas Department of Criminal Justice, by and through counsel, the Office of the Attorney General for the State of Texas, and file this Motion for Leave to File Out of Time. In support thereof, Defendant TDCJ respectfully offers the following:

1. On or about February 22, 2002, the Court entered an Order setting various deadlines established pursuant to the initial pretrial conference in the above-styled case.

2. The Court set the State's deadline to file a "Motion to Jurisdiction" at May 6, 2002. Further, the Court set co-defendant Wackenhut Corrections Corporation deadline to file "Motion for Summary Judgment" at November 18, 2002.

3. Counsel for TDCJ errantly calendared the latter deadline. As such, Defendant hereby moves for leave to file out of time Defendant TDCJ's Motion to Dismiss for Lack of Subject Matter Jurisdiction which is submitted herewith.

4. Trial of this case is currently set for March, 2003. As such, this motion should not serve to delay the disposition of this case. However, counsel apologizes to the Court for any

inconvenience or hardship occasioned by the delay in submitting Defendant TDCJ's Motion to Dismiss.

5.  This motion is not made in bad faith or to delay the proceedings, nor is it the result of conscious indifference, but is necessary as an effective means to advance efficient judicial administration of this lawsuit.

ACCORDINGLY, Defendant The Texas Department of Criminal Justice respectfully requests the Court grant this Motion for Leave to File Out of Time.

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

HOWARD G. BALDWIN, JR.
First Assistant Attorney General

MICHAEL T. MCCAUL
Deputy Attorney General for Criminal Justice

PHILLIP E. MARRUS
Assistant Attorney General
Chief, Law Enforcement Defense Division

CARLOS D. LOPEZ
Assistant Attorney General
Attorney-In-Charge
State Bar No. 24007566
Southern Dist. No. 26740

P.O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2080
Fax No. (512) 495-9139

ATTORNEYS FOR DEFENDANT TDCJ

## CERTIFICATE OF SERVICE

I, CARLOS D. LOPEZ, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the forgoing **Defendant The Texas Department of Criminal Justice's Motion for Leave to File Out of Time** has been served by Facsimile and placing same in the United States Mail, Certified Mail, Return Receipt Requested, postage prepaid, on this the 21st day of August, 2002, addressed to:

Jason R. Mann          VIA CM/RRR NO. 7001 0360 0001 0854 2027
J. Edward Mann, Jr. & Associates
Attorneys at Law
222 East Van Buren, Ste. 701
Harlingen, Texas 78550
*Counsel for Plaintiff*

and

Linda M. Kearney     VIA CM/RRR NO. NO. 7001 0360 0001 0854 2034
Porter, Rogers, Dahlman & Gordon
one Shoreline Plaza
800 N. Shoreline, Suite 800
Corpus Christi, Texas 78401-3708
*Counsel for Defendant Wackenhut*

CARLOS D. LOPEZ
Assistant Attorney General

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| *RAFAEL MARTINEZ,* <br> Plaintiff, <br><br> v. <br><br> *THE STATE OF TEXAS,* <br> *DAVID FORREST, and* <br> *WACKENHUT CORRECTIONS* <br> *CORPORATION,* <br> Defendants. | § § § § § § § § § § | Civil Action No. 01-CV-155 |

## ORDER

Be it remembered that on this day, came on to be heard **Defendant The Texas Department of Criminal Justice's Motion for Leave to File Out of Time.** After considering the pleadings of the parties filed herein, the Court is of the opinion that the following order should issue::

It is **ORDERED** that the Motion for Leave to File Out of Time is **GRANTED.**

SIGNED this ____ day of _____, 2002.

_____
**JUDGE PRESIDING**