*16*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

## SEP 0 5 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| *RAFAEL MARTINEZ,* | § | |
| Plaintiff, | § | |
| | § | |
| *v.* | § | |
| | § | **Civil Action No. 01-CV-155** |
| *THE STATE OF TEXAS,* | § | |
| *DAVID FORREST, and* | § | |
| *WACKENHUT CORRECTIONS* | § | |
| *CORPORATION,* | § | |
| Defendants. | § | |

## ORDER

Be it remembered that on this day, came on to be heard **Defendant The Texas Department of Criminal Justice's Motion for Leave to File Out of Time.** *(Docket No. 14)* After considering the pleadings of the parties filed herein, the Court is of the opinion that the following order should issue::

It is **ORDERED** that the Motion for Leave to File Out of Time is **GRANTED.**

SIGNED this 4ᵗʰ day of SEPT , 2002.

JUDGE PRESIDING