IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 1 5 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| RAFAEL MARTINEZ, | § | |
| Plaintiff, | § | |
| V. | § | |
| | § | |
| | § | CIVIL ACTION NO. 01-CV-155 |
| STATE OF TEXAS, | § | |
| DAVID FORREST, and | § | |
| WACKENHUT CORRECTIONS | § | |
| CORPORATION | § | |

## PLAINTIFF'S, RAFAEL MARTINEZ, EXPERT DISCLOSURES

Plaintiff, RAFAEL MARTINEZ, makes these expert disclosures as required by Federal Rule of Civil Procedure 16(a)(2).

### A. Identity of Experts

1.  The following are persons who may be used at trial to present evidence under Federal Rules of Evidence 702, 703, or 705:

    Barbara Belbot, Ph.D., J.D., Assistant Chair Graduate Education
    Department of Criminal Justice Graduate Education
    University of Houston - Downtown

    a.  The expert's address and telephone number are:

        University of Houston - Downtown
        Department of Criminal Justice Graduate Education
        One Main Street
        Houston, Texas 77002
        Telephone 713-221-8983
        Facsimile: 281-438-5517

        B. Information from Retained or Specially Employed Experts

2. The following persons are those whom Plaintiff has retained or specially employed to provide expert testimony or whose duties as Plaintiff's employee regularly involve giving expert testimony:

Barbara Belbot, Ph.D., J.D.

3. For each expert, Plaintiff attaches the following:

   a. A report prepared and signed by the expert in compliance with Rule 26(a)(2)(B);

   Will Supplement

   b. A complete statement of all opinions to be expressed and the basis and reasons for them:

   Will Supplement

   c. The data or other information considered in forming the opinions;

   Will Supplement

   d. Description of exhibits to be used as a summary or in support of those opinions;

   Will Supplement

   e. A curriculum vitae, resume, or other listing of each expert's qualifications;

   See attached Exhibit A.

   f. A list of all publications authored by the expert within the last ten years; and

   See attached Exhibit A

   g. A list of all other cases in which the expert has testified as an expert at trial or by deposition within the last four years.

   None

4.  Each expert will be compensated as follows:

> One Hundred Dollars ($100.00) per hour and/or One Thousand Five Hundred Dollars ($1,500.00) per day for appearance at trial.

Respectfully submitted,

J. EDWARD MANN, JR. & ASSOCIATES

Jason R. Mann
State Bar No. 24004793
Federal Bar No. 23543
222 E. Van Buren, Suite 701
P. O. Box 231
Harlingen, Texas 78551-0231
Telephone: 956/428-4114
Facsimile: 956/428-9494
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I certify that I sent a copy of Plaintiff's, Rafael Martinez, Expert Disclosures to each party's attorney listed below by Certified Mail Return Receipt Requested.

Linda M. Kearney
Porter, Rogers, Dahlman & Gordon
One Shoreline Plaza
800 N. Shoreline, Suite 800
Corpus Christi, TX 78401

Carlos D. Lopez
Assistant Attorney General
P.O. Box 12548, Capitol Station
Austin, TX 78711

Jason R. Mann

## BARBARA A. BELBOT

Department of Criminal Justice
University of Houston - Downtown
Room 624S
One Main Street                    Office: (713) 221-8983
Houston, Texas  77002              Home: (713) 869-4561

## PERSONAL

SSN:       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

## EDUCATION

| | | |
|---|---|---|
| Ph.D. | 1995 | Sam Houston State University (Criminal Justice) |
| M.P.H. | 1986 | University of Texas Health Science Center |
| J.D. | 1980 | University of Houston (Cum Laude) |
| B.A. | 1974 | Xavier University (History) (Summa Cum Laude) |

## ACADEMIC AND PROFESSIONAL APPOINTMENTS

1996-         Associate Professor, Department of Social Sciences, University of Houston - Downtown.

1995-1996     Assistant Professor, Department of Justice Sciences, University of Alabama at Birmingham

1990-1992     Doctoral Fellow, College of Criminal Justice, Sam Houston State University

1986-1990     Court-appointed attorney in the Office of the Special Master, *Ruiz v. Estelle* prison reform litigation, Houston, Texas.  One of several attorneys appointed to monitor the compliance of the Texas Department of Criminal Justice - Institutional Division with numerous court orders and stipulations.

1985-1986     Assistant Attorney General for the State of Texas (part-time) Consumer Protection Division, Houston, Texas.

1982-    1984     Associate attorney in the insolvency and creditors' section,



Woodard, Hall, and Primm, P.C., Houston, Texas

1980-1982       Law clerk for the Honorable William M. Schulz, United States Bankruptcy District Court Judge, Southern District of Texas

## HONORS

Jesse H. and Mary Gibbs Jones Fellowship, Sam Houston State University, Huntsville, Texas

Second Place, Paper Competition, Southwestern Association of Criminal Justice Educators, 1990

Order of the Barons, law school academic honor society

Lilian Kaiser Lewis Scholarship, 1979, University of Houston Law School, Houston, Texas

## GRANTS

1992-1994       Assessing Current Prisoner Classification Systems: Legal Developments and Technical Developments. Barbara Belbot, University of Houston - Downtown, James Marquart and Steve Cuvelier, Sam Houston State University. National Institute of Justice, $225,000.

## PUBLICATIONS

Belbot, Barbara A.
   1991       "Whistleblowing and Lawyers." <u>Journal of Contemporary Criminal Justice,</u> 7 (August), 154-166.

Belbot, Barbara A. and Rolando V. del Carmen
   1991       "AIDS in Prison - Legal Issues." <u>Crime and Delinquency,</u> 37 (January), 135-152.

Belbot, Barbara A. and Rolando V. del Carmen
   1993       "Legal Issues in Classification." In <u>Classification - A Tool for Managing Today's Offenders.</u> American Correctional Association.

Belbot, Barbara A.
   1993       "Corporate Criminal Liability." In M. Blankenship (ed.) <u>Understanding Corporate Criminality.</u> New York: Garland Press.

Belbot, Barbara A.
   1996        " Administrative Segregation." In M. McShane and F. Williams (eds.) <u>The Encyclopedia of American Prisons</u>. New York: Garland Press

Belbot, Barbara A.
   1996        "Prisoner Classification Litigation." In J. Sorensen and J. Marquart (eds.), <u>Correctional Contexts: Contemporary and Classical Readings</u>. Los Angeles: Roxbury Publishing Co.

Kathryn D. Morgan, Barbara A. Belbot, & John Clark
   1997        "Liability Issues Affecting Probation and Parole Supervision." <u>Journal of Criminal Justice</u> 25(3), 211-222.

Belbot, Barbara A.
   1998        "Where Can a Prisoner Find a Liberty Interest These Days? The Pains of Imprisonment Escalate." <u>New York Law School Law Review</u> 42:1, 1-69.

Belbot, Barbara A. and James Marquart.
   1998        "The Political Community Model and Prisoner Litigation: Can We Afford Not to Consider a Better Way?" <u>The Prison Journal</u> 78(3), 299-329.

Belbot, Barbara A.
   1999        <u>Guide to Criminal Law for Texas</u> a supplement to Joel Samaha's <u>Criminal Law</u> (6th ed.). Wadsworth Publishing Company: Belmont, California.

## BOOK REVIEWS

Review of Anechiarico, Frank & James B. Jacobs (1996). <u>The Pursuit of Absolute Integrity: How Corruption Control Makes Government Ineffective</u>. Chicago: The University of Chicago Press in <u>ACJS Today</u> 52(2) Sept/Oct 1998, 21-23.

## PRESENTATIONS

Belbot, Barbara A. "Sanctioning Corporate Criminals." Southwestern Association of Criminal Justice Educators, 1990.

Belbot, Barbara A. "Whistleblowing and Lawyers." Academy of Criminal Justice Sciences, 1991.

Farnworth, Margaret, Barbara A. Belbot, and Raymond Teske. "Gender Differences in the Court Processing of Typical and Atypical Female Crimes," Academy of Criminal Justice Sciences, 1992.

Belbot, Barbara A. "Social Control and Institutional Reform," Academy of Criminal Justice Sciences, 1992.

Belbot, Barbara A. "AIDS in Prison - An Update." American Society of Criminology, 1992.

Belbot, Barbara A. "Legal Trends and Issues in Inmate Classification." Academy of Criminal Justice Sciences, 1994.

Marquart, James, Steven Cuvelier, Velmer Burton, and Barbara Belbot. "National Survey of Prisoner Classification Systems." Academy of Criminal Justice Sciences, 1994.

Belbot, Barbara A. "Inmate Classification: New Legal Issues." Annual meeting of the Alabama Council on Crime and Delinquency, Inc. Gulf Shores, Alabama, 1995.

Belbot, Barbara A. Panelist and presenter for "An Annual Review of Recent United States Supreme Court Decisions Related to Criminal Justice." Academy of Criminal Justice Sciences, Boston 1996.

Belbot, Barbara A. "Attorney Misconduct." Academy of Criminal Justice Sciences, Boston 1996.

Belbot, Barbara A., "Legal Issues Related to Prison Gangs" National Major Gang Task Force Conference, 1996.

Belbot, Barbara A. Panelist and presenter for "An Annual Review of Recent Supreme Court Decisions Related to Criminal Justice." Academy of Criminal Justice Sciences, Albuquerque, New Mexico 1998.

Belbot, Barbara A. Panelist and presenter for "An Annual Review of Recent Supreme Court Decisions Related to Criminal Justice." Academy of Criminal Justice Sciences, Orlando, Florida 1999.

Belbot, Barbara A. " The Faith-Based Social Movement in Corrections." Academy of Criminal Justice Sciences, New Orleans 2000.

Belbot, Barbara A. Panelist and presenter for "An Annual Review of Recent Supreme Court Decisions Related to Criminal Justice." Academy of Criminal Justice Sciences, Washington, D.C. March 2001.

Belbot, Barbara A. "Reforming the Criminal Justice System: The New Reform Movement." Academy of Criminal Justice Sciences, Washington, D.C. March 2001.

Belbot, Barbara A. Panelist and presenter for "An Annual Review of Recent Supreme Court Decisions Related to Criminal Justice." Southwestern Association of Criminal Justice. San Antonio, October 2001.

Belbot, Barbara A. Panelist and presenter for "An Annual Review of Recent Supreme Court Decisions Related to Criminal Justice." Academy of Criminal Justice Sciences, Anaheim, California March 2002.

## WORK ACCEPTED FOR PUBLICATION

Belbot, Barbara A. <u>Guide to Criminal Law for Texas: A Supplement for Joel Samaha's Criminal Law, Seventh Edition</u> (2d edition). Wadsworth Publishing.

Belbot, Barbara A. "Restorative Justice." In M. McShane and F. Williams (eds.) <u>Encyclopedia of Juvenile Justice</u>. Sage Publications.

Belbot, Barbara A. "Report on the PLRA: What Have the Courts Decided So Far?" In the <u>Journal of Contemporary Criminal Justice</u>

## WORK IN PROGRESS

In progress: <u>Prison Reform Movements</u>. Book contract with Wadsworth Publishing.

In progress: <u>Leading Cases in Corrections</u> by Craig Hemmens, Katherine Bennett, and Barbara Belbot. Book contract with Roxbury Publishing Company, final manuscript to be delivered to publisher in January 2003.

## PROFESSIONAL MEMBERSHIPS

Academy of Criminal Justice Sciences
Southwestern Association of Criminal Justice

## PRIMARY TEACHING AND RESEARCH AREAS:

institutional corrections - public policy and future trends
trends in sentencing laws and practices
the rights of convicted offenders
criminal law and procedure