IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 1 5 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| RAFAEL MARTINEZ, § | |
| Plaintiff, § | |
| V. § | |
| § | |
| § | CIVIL ACTION NO. 01-CV-155 |
| STATE OF TEXAS, § | |
| DAVID FORREST, and § | |
| WACKENHUT CORRECTIONS § | |
| CORPORATION § | |

### PLAINTIFF'S, RAFAEL MARTINEZ, EXPERT DISCLOSURES

Plaintiff, RAFAEL MARTINEZ, makes these expert disclosures as required by Federal Rule of Civil Procedure 16(a)(2).

A. Identity of Experts

1. The following are persons who may be used at trial to present evidence under Federal Rules of Evidence 702, 703, or 705:

   Harvey R. Cox, M.S.
   Corrections Consultant

   a. The expert's address and telephone number are:

   Harvey R. Cox, M.S.
   Corrections Consultant
   P.O. Box 1551
   Weatherford, TX 76086
   Telephone: 817-596-8457
   Facsimile: 817-594-7172

   B. Information from Retained or Specially Employed Experts

   Will Supplement

2.  The following persons are those whom Plaintiff has retained or specially employed to provide expert testimony or whose duties as Plaintiff's employee regularly involve giving expert testimony:

    Harvey R. Cox, M.S.
    Corrections Consultant

3.  For each expert, Plaintiff attaches the following:

    a.  A report prepared and signed by the expert in compliance with Rule 26(a)(2)(B);

        Will Supplement

    b.  A complete statement of all opinions to be expressed and the basis and reasons for them:

        Will Supplement

    c.  The data or other information considered in forming the opinions;

        Will Supplement

    d.  Description of exhibits to be used as a summary or in support of those opinions;

        Will Supplement

    e.  A curriculum vitae, resume, or other listing of each expert's qualifications;

        Will Supplement

    f.  A list of all publications authored by the expert within the last ten years; and

        Will Supplement

    g.  A list of all other cases in which the expert has testified as an expert at trial or by deposition within the last four years.

        None

4. Each expert will be compensated as follows:

One Hundred Dollars ($125.00) per hour.

Respectfully submitted,

J. EDWARD MANN, JR. & ASSOCIATES

Jason R. Mann
State Bar No. 24004793
Federal Bar No. 23543
222 E. Van Buren, Suite 701
P. O. Box 231
Harlingen, Texas 78551-0231
Telephone: 956/428-4114
Facsimile: 956/428-9494
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I certify that I sent a copy of Plaintiff's, Rafael Martinez, Expert Disclosures to each party's attorney listed below by Certified Mail Return Receipt Requested.

Linda M. Kearney
Porter, Rogers, Dahlman & Gordon
One Shoreline Plaza
800 N. Shoreline, Suite 800
Corpus Christi, TX 78401

Carlos D. Lopez
Assistant Attorney General
P.O. Box 12548, Capitol Station
Austin, TX 78711

Jason R. Mann