IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 21 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| RAFAEL MARTINEZ, | § | |
| Plaintiff, | § | |
| V. | § | |
| | § | |
| | § | CIVIL ACTION NO. 01-CV-155 |
| STATE OF TEXAS, | § | |
| DAVID FORREST, and | § | |
| WACKENHUT CORRECTIONS | § | |
| CORPORATION | § | |

## PLAINTIFF'S, RAFAEL MARTINEZ, SUPPLEMENTAL EXPERT DISCLOSURES

Plaintiff, RAFAEL MARTINEZ, makes these expert disclosures as required by Federal Rule of Civil Procedure 16(a)(2).

### A. Identity of Experts

1. The following are persons who may be used at trial to present evidence under Federal Rules of Evidence 702, 703, or 705:

    Harvey R. Cox, M.S.
    Corrections Consultant

    a. The expert's address and telephone number are:

    Harvey R. Cox, M.S.
    Corrections Consultant
    P.O. Box 1551
    Weatherford, TX 76086
    Telephone: 817-596-8457
    Facsimile: 817-594-7172

    ### B. Information from Retained or Specially Employed Experts

    Will Supplement

2. The following persons are those whom Plaintiff has retained or specially employed to provide expert testimony or whose duties as Plaintiff's employee regularly involve giving expert testimony:

Harvey R. Cox, M.S.
Corrections Consultant

3. For each expert, Plaintiff attaches the following:

   a. A report prepared and signed by the expert in compliance with Rule 26(a)(2)(B);

   Will Supplement

   b. A complete statement of all opinions to be expressed and the basis and reasons for them:

   Will Supplement

   c. The data or other information considered in forming the opinions;

   Will Supplement

   d. Description of exhibits to be used as a summary or in support of those opinions;

   Will Supplement

   e. A curriculum vitae, resume, or other listing of each expert's qualifications;

   See attached

   f. A list of all publications authored by the expert within the last ten years; and

   See attached

   g. A list of all other cases in which the expert has testified as an expert at trial or by deposition within the last four years.

   See attached

4.  Each expert will be compensated as follows:

   One Hundred Dollars ($125.00) per hour.

Respectfully submitted,

J. EDWARD MANN, JR. & ASSOCIATES

_____
Jason R. Mann
State Bar No. 24004793
Federal Bar No. 23543
222 E. Van Buren, Suite 701
P. O. Box 231
Harlingen, Texas 78551-0231
Telephone: 956/428-4114
Facsimile: 956/428-9494
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I certify that I sent a copy of Plaintiff's, Rafael Martinez, Expert Disclosures to each party's attorney listed below by Certified Mail Return Receipt Requested.

Linda M. Kearney
Porter, Rogers, Dahlman & Gordon
One Shoreline Plaza
800 N. Shoreline, Suite 800
Corpus Christi, TX 78401

Carlos D. Lopez
Assistant Attorney General
P.O. Box 12548, Capitol Station
Austin, TX 78711

_____
Jason R. Mann

**H. R. Cox, MS**
**CORRECTIONS CONSULTANT**

email: hrcox@yahoo.com

BOX 1551 • WEATHERFORD, TX • 76086 • 817-596-8457 • FAX 817-591-7172

Page 1 of 2

November 14, 2002

To Whom It May Concern:

**Subject: Expert Witness Cases Involving Prison Issues**

The following represent the cases that I have been retained for as an expert witness in corrections during the past two or three years:

1. William Piszker and Jennie Piszker v. Wackenhut Corrections Corporation, Court of Common Pleas, Delaware County, Civil Trial Division, No. 97-16397 (Pennsylvania) (Witness for the plaintiff)

2. State Texas VS. Patrick Horn, 241 Judicial, District Court of Smith County, Texas, No. 241-80362-97 (Witness for the plaintiff)

3. United States of America V. Mr. Kenneth A. Tatum, United States District Court, Eastern District of Texas, Beaumont Division, No. 1:99CR164(2) (Witness for defense)

4. United States V. Dustin John Higgs, United States District Court, District of Maryland, No. PJM-98-0520 (Witness for the defense)

5. Edward Koehl V. Rowe, et al., United States District Court, Eastern District of New York, 031721 (Witness for the plaintiff)

6. C.A. No. 1:99-CV-0040. James R. Hucker v. City of Beaumont, et al.; United States District Court, Eastern District of Texas, Beaumont Division (Witness for the plaintiff)

7. United States of America V. Christopher A. Wills, United States District Court, Eastern District of Virginia, Case number 99-396-A (Witness for defense)

8. Billy H. Pedigo vs. McLennan County (Texas) (case number unknown) (Witness for the plaintiff).

9. 00 Civ 1403 (JTM) Garcia v. Webber (State of New York Department of Corrections) United States District Court, Northern District of New York (Witness for the plaintiff)

Page 2 of 2

10. CIV-01-0100: Ralph Romero vs. Cornell Corrections of Texas, United States District Court, New Mexico District (Witness for the plaintiff)

11. CIV 01-0668 JP/LFG: Martinez v. Eloy Mondragon, et al (Wackenhut Corrections), United States District Court for the District of New Mexico (Witness for the plaintiff)

*Harvey R Cox* (signature)

HARVEY R. COX, MS
CORRECTIONS CONSULTANT

# HARVEY ROBERT COX

106 Lake Forest Court
Weatherford, Texas 76087

Phone: 817-596-8457
Fax: 817-594-7172
hrcox&yahoo.com
www.prisonconsultant.com

## Education

1971  M. S.  North Carolina State University, Major, Sociology

1970  B. A.  North Carolina State University, With Honors, Major, Sociology

## Training

1964  Military Police Training, Fort Gordon, Georgia

1965  Graduate Kansas City Missouri Police Academy

1972-93  Hundreds of hours of Management Training, Federal Bureau of Prisons

## Military

1964-66  United States Army, Military Policeman, Honorable Discharge

Harvey R. Cox
Curriculum Vitae
Page 2

## **Professional**

**1996 to Present:** Private practice of Correctional Consulting. Consult with attorneys and directly with clients on all matters pertaining to corrections. Serve as an expert witness in corrections, with a particular emphasis on the Federal Bureau of Prisons.

**1995:** Director of a Community Corrections Center, Miami, Florida.

**1993-95:** Warden of a 1050 bed prison in Mineral Wells, Texas. This was a private prison that maintained Texas inmates.

**1993:** Warden of a 200 bed female prison in Bridgeport, Texas. This was a private prison that maintained Texas inmates.

**1972-93:** Professional career employee of Federal Bureau of Prisons. Began career as a Case Manager at the United States Penitentiary, Atlanta, Georgia and progressed to Warden at the Federal Correctional Institution, Lompoc, California. Also served at two Regional Offices and two assignments (total of 5 years) in the Bureau Headquarters, Washington, DC.

## **Noteworthy Achievements**

- Developed "Master Plan" for the North Central Region of the Federa Bureau of Prisons in 1975
- With input from a classification task force, wrote the Security Designations and Classification Manual for the Federal Bureau of Prisons in 1978
- Developed first transportation system for the Federal Bureau of Prisons to transfer inmates by airplane
- Assisted in the development of the United States Department of Justice Correctional Standards