

One Shoreline Plaza
800 N. Shoreline
Suite 800
Corpus Christi, Texas 78401

Corpus Christi ♦ Austin ♦ San Antonio

(361) 880-5808
Fax: (361) 880-5844
www.prdg.com

Linda M. Kearney
*Board Certified - Civil Trial Law*
*Texas Board of Legal Specialization*
(361) 880-5835 ♦ lkearney@prdg.com
Corpus Christi Office

United States District Court
Southern District of Texas
FILED

DEC 0 2 2002

Michael N. Milby
Clerk of Court

November 26, 2002

Mr. Michael Milby
U.S. District Clerk
Southern District of Texas
Brownsville Division
600 E. Harrison, 1st Floor
Brownsville, Texas 78520

*Via Certified Mail RRR*
*No. 7002 2030 0000 3639 6582*

RE: Civil Action No. B-01-155; *Rafael Martinez vs. State of Texas, David Forrest and Wackenhut Corrections Corporation;* in the United States District Court for the Southern District of Texas, Brownsville Division.

Dear Mr. Milby:

I represent Defendants, David Forrest and Wackenhut Corrections Corporation in the above-captioned case. I will be on vacation from December 20, 2002 to January 7, 2003. By this correspondence, I am hereby requesting that no hearings, trial or other proceedings in the above captioned matter be scheduled during that time period. I am also forwarding a copy of this correspondence to all counsel of record, and I am making the same request of counsel that I make of the Court.

If you have any questions, please feel free to contact me.

Sincerely,

PORTER, ROGERS, DAHLMAN & GORDON, P.C.

Linda M. Kearney

LMK/em
cc: The Honorable John W. Black
c/o Ms. Paula Tamayo
Southern District of Texas
Brownsville Division

*Via Certified Mail RRR*
*No. 7002 2030 0000 3639 6599*



600 E. Harrison, 1st Floor
Brownsville, Texas 78520

Mr. Jason R. Mann
222 East Van Buren, Suite 701
Harlingen, Texas 78551-0231

*Via Facsimile: 956-428-9494*