# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

### ORDER

United States District Court
Southern District of Texas
ENTERED

DEC 16 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| RAFAEL MARTINEZ | § § | |
| VS. | § § | CIVIL ACTION NO. B-01-155 |
| STATE OF TEXAS, ET AL. | § | |

TYPE OF CASE:   __X__ CIVIL        ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

TYPE OF PROCEEDING:

HEARING ON DEFENDANT THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION (DOCKET NO. 15)

PLACE:

UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS

ROOM NO.:

SECOND FLOOR COURTROOM, #2

DATE AND TIME:

JANUARY 9, 2003 AT 2:00 P.M.

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   DECEMBER 16, 2002

TO:   MR. JASON R. MANN
      MR. CARLOS LOPEZ
      MS. LINDA M. KEARNEY