UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 2 4 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| RAFAEL MARTINEZ | § § § § | |
| V. | § | CIVIL ACTION NO. 01-CV-155 |
| | § § | |
| STATE OF TEXAS, DAVID FORREST, and WACKENHUT CORRECTIONS CORPORATION | § § § | |

## DEFENDANT DAVID FORREST AND WACKENHUT CORRECTIONS CORPORATION'S DISCLOSURE OF EXPERT WITNESSES PURSUANT TO F.R.C.P. Rule 26(a)(2)

Defendants, David Forrest and Wackenhut Corrections Corporation, makes these expert disclosures as required by Federal Rule of Civil Procedure 26(a)(2).

A. Identity of Experts

1. The following are persons who may be used at trial to present evidence under Federal Rules of Evidence 702, 703, or 705:

   Susan Cranford

   a. The expert's address and telephone number are:

   Susan Cranford
   8617 Winding Walk
   Austin, TX 78757
   (512) 302-4556

   b. Information from Retained or Specially Employed Experts:

   Will Supplement.

2. The following persons are those whom Defendants have retained or specially

employed to provide expert testimony:

Susan Cranford

3. For each expert, Defendants David Forrest and Wackenhut Corrections Corporation attach the following:

    a. A report prepared and signed by the expert in compliance with Rule 26(a)(2)(B):

    Will Supplement

    b. A complete statement of all opinions to be expressed and the basis and reasons for them:

    Will Supplement

    c. The data or other information considered in forming the opinions:

    Will Supplement

    d. Description of exhibits to be used as a summary or in support of those opinions:

    Will Supplement

    e. A curriculum vitae, resume, or other listing of each expert's qualifications:

    Will Supplement

    f. A list of all publications authored by the expert within the last ten years:

    Will Supplement

    g. A list of all other cases in which the expert has testified as an expert at trial or by deposition within the last four years:

    Will Supplement

4. Each expert will be compensated as follows:

One Hundred Twenty Five Dollars ($125.00) per hour.

Respectfully submitted,

PORTER, ROGERS, DAHLMAN & GORDON, P.C.

By: _____
Linda M. Kearney, Attorney-in-Charge
State Bar No. 00787811
Federal I.D. No. 18425
One Shoreline Plaza, Suite 800
P. O. Box 2968
Corpus Christi, Texas 78403-2968
Telephone: (361) 880-5835
Facsimile: (361) 880-5844

**ATTORNEYS FOR DEFENDANTS DAVID FORREST AND WACKENHUT CORRECTIONS CORPORATION**

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing instrument was served upon the following named person in accordance with Rule 5(d), Federal Rules of Civil Procedure, on this the _20th_ day of December, 2002.

Mr. Jason R. Mann  
J. Edward Mann, Jr. & Associates  
222 East Van Buren, Suite 701  
Harlingen, Texas 78551-0231  
ATTORNEY FOR PLAINTIFF

*Via Certified Mail*  
*No. 7002 2030 0000 3639 7053*

Mr. Carlos Lopez  
Assistant Attorney General  
Law Enforcement Defense Division  
P.O. Box 12548  
Austin, Texas 78711-2548  
ATTORNEY FOR DEFENDANT  
STATE OF TEXAS

*Via Certified Mail*  
*No. 7002 2030 0000 3639 7060*

_____  
Linda M. Kearney

S:\Wackenhut Corporation\Martinez, Rafael\PLDG\Defendant Wackenhut - Desgination of Experts.wpd