# United States District Court

## DISTRICT OF

United States District Court
Southern District of Texas
FILED

JAN 0 9 2003

Michael N. Milby
Clerk of Court

Martinez
v.
State of Texas, et al.

**APPEARANCE**

CASE NUMBER: 01-CV 155

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

-

| | |
|---|---|
| 1-9-03 | B-R.A. |
| Date | Signature |
| | BRUCE R. GARCIA |
| | Print Name |
| | P.O. Box 12548 Capitol Station |
| | Address |
| | Austin  TX  78711 |
| | City  State  Zip Code |
| | 512-463-2080 |
| | Phone Number |