United States District Court
Southern District of Texas
FILED

JAN 0 9 2003

Michael N. Milby
Clerk of Court

'29

THE HONORABLE JOHN WM. BLACK

HEARING ON DEFENDANT THE TEXAS DEPARTMENT OF CRIMINAL
JUSTICE'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION

CIVIL ACTION NO. B-01-155              DATE & TIME:    01-09-03 AT 2:00 P.M.

RAFAEL MARTINEZ                        PLAINTIFF(S)    JASON R. MANN
                                       COUNSEL

VS.

STATE OF TEXAS                         DEFENDANT(S)    CARLOS D. LOPEZ
ET AL.                                 COUNSEL         LINDA M. KEARNEY

--------------------------------------------------------------------------------

ERO: Gabriel Mendieta
CSO: Dan Figueroa

Attorneys Jason Mann, Bruce Garcia and Shannon O'Reilly appeared.

Parties are to mediate the case January 21, 2003.

Parties will file an agreen order dismissing the State on or before February 10, 2003.