UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
## ADR MEMORANDUM TO CLERK OF COURT
(To Be Submitted in duplicate if cases settles before
ADR or within 10 days after completion of ADR)

United States District Court
Southern District of Texas
FILED

FEB 0 6 2003

Michael N. Milby
Clerk of Court

RAFAEL MARTINEZ                            Division BROWNSVILLE
        **Plaintiff(s)**                Civil Action No. 01-CV-155
v.

STATE OF TEXAS, ET AL.
        **Defendant(s)**

**ADR METHOD:**     Mediation     __X__     Arbitration     _____
                        Mini – trail   _____     Summary Jury Trial _____

**TYPE OF CASE:** _____

1. Please check one of the following:
   The case referred to ADR settled __X__ or did not settle _____.

2. My total fee and expenses were: $ 500.00 (PER PARTY – TWO PARTIES).
   **(if you had no fee and expenses, please indicate if the case settled before ADR, OR if the ADR processing was conducted on a no-fee basis pursuant to order of the court or agreement of the parties.)**

   _____
   _____

3. Please list names, address and telephone numbers of all parties and all counsel of record:

Mr. Jason R. Mann
J. EDWARD MANN, JR. & ASSOCIATES
222 East Van Buren, Ste. 701
Harlingen, TX 78551-0231
FACSIMILE: 956/428-9494                    PHONE: 956/428-4114

Ms. Linda M. Kearney
PORTER ROGERS DAHLMAN & GORDON, P.C.
P.O. BOX 2968
Corpus Christi, TX 78403-2968
FACSIMILE: 361/880-5844                    PHONE: 361/880-5835

Mr. Carlos D. Lopez
ASSISTANT ATTORNEY GENERAL
P.O. Box 12548
Austin, TX 78711
FACSIMILE: 512/495-9139

Date: February 4, 2003                     **ADR PROVIDER**
                                           Name: Leo C. Salzman
                                           Signature: _/s/ Leo C. Salzman_

SDTX-ADR.5