IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 2 4 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| RAFAEL MARTINEZ, | § | |
| Plaintiff, | § | |
| V. | § | |
| | § | |
| | § | CIVIL ACTION NO. 01-CV-155 |
| STATE OF TEXAS, | § | |
| DAVID FORREST, and | § | |
| WACKENHUT CORRECTIONS | § | |
| CORPORATION | § | |

## STIPULATION OF DISMISSAL

Plaintiff files this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(ii).

1. Plaintiff is RAFAEL MARTINEZ; Defendants are STATE OF TEXAS, DAVID FORREST and WACKENHUT CORRECTIONS CORPORATION.

2. On August 10, 2001, Plaintiff sued Defendants, STATE OF TEXAS, DAVID FORREST and WACKENHUT CORRECTIONS CORPORATION.

3. Plaintiff moves to dismiss the suit against STATE OF TEXAS.

4. Defendant, STATE OF TEXAS, who has answered, agrees to the dismissal.

5. This case is not a class action.

6. A receiver has not been appointed in this action.

7. Plaintiff has not dismissed an action based on or including the same claims as those presented in this suit.

8. This dismissal is with prejudice.

Respectfully submitted,

J. EDWARD MANN, JR. & ASSOCIATES

_____
Jason R. Mann
State Bar No. 24004793
Federal Bar No. 23543
222 E. Van Buren, Suite 701
P. O. Box 231
Harlingen, Texas 78551-0231
Telephone: 956/428-4114
Facsimile: 956/428-9494
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I certify that I sent a copy of Plaintiff's Stipulation of Dismissal to each party's attorney listed below by Certified Mail Return Receipt Requested.

Linda M. Kearney
Porter, Rogers, Dahlman & Gordon
One Shoreline Plaza
800 N. Shoreline, Suite 800
Corpus Christi, TX 78401

Carlos D. Lopez
Assistant Attorney General
P.O. Box 12548, Capitol Station
Austin, TX 78711

_____
Jason R. Mann

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| RAFAEL MARTINEZ,　§<br>　　　Plaintiff,　§<br>V.　§<br>　§<br>　§　CIVIL ACTION NO. 01-CV-155<br>STATE OF TEXAS,　§<br>DAVID FORREST, and　§<br>WACKENHUT CORRECTIONS　§<br>CORPORATION　§ | |

## ORDER ON STIPULATION TO DISMISS

After considering the Plaintiff's Stipulation of Dismissal, the court;

GRANTS the stipulation and dismisses the case against Defendant, STATE OF TEXAS, with prejudice.

**SIGNED** this _____ day of _____,2002.

_____
UNITED STATES MAGISTRATE JUDGE