IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 2 4 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| RAFAEL MARTINEZ, | § | |
| Plaintiff, | § | |
| V. | § | |
| | § | |
| | § | CIVIL ACTION NO. 01-CV-155 |
| STATE OF TEXAS, | § | |
| DAVID FORREST, and | § | |
| WACKENHUT CORRECTIONS | § | |
| CORPORATION | § | |

### VOLUNTARY MOTION FOR DISMISSAL

Plaintiff, **RAFAEL MARTINEZ**, hereby has compromised the within and foregoing action, and no party named herein being an infant or incompetent, Plaintiff herewith dismisses that portion of the above-styled action specifically against defendants:

**DAVID FORREST and WACKENHUT CORRECTIONS CORPORATION**

with prejudice and without costs to any parties pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and non-applicable costs borne by the parties by which they are incurred.

Respectfully submitted,

J. EDWARD MANN, JR. & ASSOCIATES

_____
Jason R. Mann
State Bar No. 24004793
Federal Bar No. 23543
222 E. Van Buren, Suite 701
P. O. Box 231
Harlingen, Texas 78551-0231
Telephone: 956/428-4114
Facsimile: 956/428-9494
Attorney for Rafael Martinez

## CERTIFICATE OF CONFERENCE AND NO OPPOSITION

On January 21, 2003 the undersigned conferred with the Attorney for the Defendant, DAVID FORREST and WACKENHUT CORRECTIONS CORPORATION who consent to the submission of the within Motion for Dismissal and the entry of the Order of Dismissal and has no opposition to same.

## CERTIFICATE OF SERVICE

I certify that I sent a copy of Plaintiff's, Rafael Martinez, Voluntary Motion for Dismissal to each party's attorney listed below by Certified Mail Return Receipt Requested.

Linda M. Kearney
Porter, Rogers, Dahlman & Gordon
One Shoreline Plaza
800 N. Shoreline, Suite 800
Corpus Christi, TX 78401

Carlos D. Lopez
Assistant Attorney General
P.O. Box 12548, Capitol Station
Austin, TX 78711

Jason R. Mann

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RAFAEL MARTINEZ,<br>Plaintiff,<br>V.<br><br>STATE OF TEXAS,<br>DAVID FORREST, and<br>WACKENHUT CORRECTIONS<br>CORPORATION | § § § § § § § § § | CIVIL ACTION NO. 01-CV-155 |

## ORDER FOR DISMISSAL

**RAFAEL MARTINEZ.**, Plaintiff in the above entitled action, having moved that the above entitled action be dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, it is hereby

**ORDERED**, that the above entitled action be dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and non-applicable costs borne by the parties by which they are incurred, it is further

SO ORDERED this _____ day of _____,2003.

_____
UNITED STATES DISTRICT JUDGE

_____
Linda Kearney
Porter, Rogers, Dahlman & Gordon, P.C.
Federal Bar No. 18425
State Bar No. 00787811
One Shoreline Plaza, Suite 800
Corpus Christi, TX 78403-2968
Telephone: 361-880-5835
Facsimile: 361-880-5844
Attorney for Defendants, David Forrest
and Wackenhut Corrections Corporation

_____
Jason R. Mann
J. Edward Mann, Jr. & Associates
Federal Bar No. 23543
State Bar No. 24004793
P.O. Box 231
Harlingen, Texas 78551-0231
Telephone: 956-428-4114
Facsimile: 956-428-9494
Attorney for Plaintiff, Rafael Martinez