IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 26 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| RAFAEL MARTINEZ, § | |
| Plaintiff, § | |
| V. § | |
| § | CIVIL ACTION NO. 01-CV-155 |
| STATE OF TEXAS, § | |
| DAVID FORREST, and § | |
| WACKENHUT CORRECTIONS § | |
| CORPORATION § | |

### ORDER ON STIPULATION TO DISMISS

After considering the Plaintiff's Stipulation of Dismissal, the court;

GRANTS the stipulation and dismisses the case against Defendant, STATE OF TEXAS, with prejudice.

SIGNED this 25 day of FEB, 2003.

_____
UNITED STATES MAGISTRATE JUDGE

Stipulation of Dismissal - Page 3 of 3 pages