01/22/03 14:53 FAX 361 8805844    PORTER ROGERS                            ☒002
Case 1:01-cv-00155   Document 29   Filed in TXSD on 02/25/2003   Page 1 of 1
T 361 880 5844                                  P.005/005
JAN-22-2003 13:40 FROM:

29

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 2 6 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| RAFAEL MARTINEZ, Plaintiff, | § § § |
| V. | § § |
| STATE OF TEXAS, DAVID FORREST, and WACKENHUT CORRECTIONS CORPORATION | § § § § § |

CIVIL ACTION NO. 01-CV-155

## ORDER FOR DISMISSAL

**RAFAEL MARTINEZ.**, Plaintiff in the above entitled action, having moved that the above entitled action be dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, it is hereby

**ORDERED**, that the above entitled action be dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and non-applicable costs borne by the parties by which they are incurred, it is further

SO ORDERED this 25th day of FEBRUARY, 2003.

UNITED STATES DISTRICT JUDGE
MAGISTRATE

Linda Kearney
Porter, Rogers, Dahlman & Gordon, P.C.
Federal Bar No. 18425
State Bar No. 00787811
One Shoreline Plaza, Suite 800
Corpus Christi, TX 78403-2968
Telephone: 361-880-5835
Facsimile: 361-880-5844
Attorney for Defendants, David Forrest
and Wackenhut Corrections Corporation

Jason R. Mann
J. Edward Mann, Jr. & Associates
Federal Bar No. 23543
State Bar No. 24004793
P.O. Box 231
Harlingen, Texas 78551-0231
Telephone: 956-428-4114
Facsimile: 956-428-9494
Attorney for Plaintiff, Rafael Martinez